# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLAN D. SCHUBERT, | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-1484 (UNA) |
| LISA NESBITT,<br>Assistant Clerk, U.S. Supreme Court,<br>*et al.*, | ) ) ) ) ) | |
| *Defendants*. | ) | |

## **MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* Complaint, Dkt. 1, and application for leave to proceed *in forma pauperis*, Dkt. 2.  The Court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915A (requiring dismissal of a prisoner's action upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff, a federal prisoner, has sued the Clerk of the U.S. Supreme Court and two Assistant Clerks.  He alleges that the defendants denied him access to the courts by "refus[ing] to file [his] writ of certiorari . . . because it was one day late." Compl. at 4.  Plaintiff seeks an order compelling his writ to be filed.  *See id*. at 8-9.  This lower federal court may not "compel the Clerk of the Supreme Court to take any action." *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992) (per curiam).  Such is the exclusive province of the Supreme Court, which "has inherent supervisory authority over its Clerk." *Id*.  Therefore, this case will be dismissed by separate order.

_____/s/_____
DABNEY L. FRIEDRICH
United States District Judge

Date: June 16, 2022